United States District Court
Southern District of Texas

**ENTERED**

October 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LUIS DANIEL NAJERA VILLARREAL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:26-cv-05826 |
| | § | |
| MARTIN FRINK, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's Motion for Voluntary Dismissal Under Rule 41(a)(2) (Dkt. 16). Respondents have served a motion for summary judgment (Dkt. 6), so dismissal by notice under Rule 41(a)(1)(A)(i) is unavailable and leave of Court is required. Having considered the motion, the record, and the absence of any legal prejudice to Respondents, the Court finds that dismissal is appropriate.

It is therefore ORDERED that:

1. Petitioner's Motion for Voluntary Dismissal (Dkt. 16) is GRANTED.
2. This action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).
3. Respondents' Motion for Summary Judgment (Dkt. 6) is DENIED AS MOOT.
4. Each party shall bear its own costs and fees.
5. The Clerk shall close this case.

SIGNED at Houston, Texas, on this ___ day of 10/23/26 2026.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE